United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GAELLE MARLLY COMPERE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:26-CV-03283 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Federal Respondents' motion for an extension of time to respond to the Petition for Writ of Habeas Corpus. ECF No. 4. Having considered the motion, the Court finds as follows:

Respondents' motion for an extension of time is **GRANTED IN PART**.

It is **ORDERED** that Federal Respondents have until **Friday, May 1, 2026,  at 4:00pm** to file an answer or other response to the Petition.

**SIGNED** at Houston, Texas, on April 29, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE